1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  JEFFREY D. NEDROW (CABN 161299)
   Assistant United States Attorney
5
        60 South Market Street, Suite 1200
6       San Jose, California 95113
        Telephone: (408) 535-5045
7       FAX: (408) 535-5066
        Jeff.nedrow@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13 | UNITED STATES OF AMERICA,              ) NO. CR 07-00121-EXE (JF)
                                            )
14 |     Plaintiff,                         ) NOTICE OF DISMISSAL & ORDER
                                            )
15 |   v.                                   )
                                            )
16 | HAKIM NAJI ABDOU,                      )
   | MAHBOOB U. RANA, and                   )
17 | WINDFALL INVESTMENTS, INC.,            )
                                            )
18 |     Defendants.                        )
                                            )
19
20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above indictment against

22 Defendants Hakim Naji Abdou, Mahboob U. Rana, and Windfall Investments, Inc., and moves that the

23 Court quash the arrest warrants issued in connection with the indictment in this case against Hakim Naji

24 Abdou and Mahboob U. Rana.

25
26
27
28
   NOTICE OF DISMISSAL
   No. CR 07-00121-EXE_____
                                                                                    v. 8/4/2021

1
2  DATED: December 10, 2025                           Respectfully submitted,

3                                                     CRAIG H. MISSAKIAN
                                                      United States Attorney
4

5                                                          /s/
                                                      MARTHA BOERSCH
6                                                     Chief, Criminal Division

7
        Leave is granted to the government to dismiss the indictment against Hakim Naji Abdou,
8
   Mahboob U. Rana, and Windfall Investments, Inc.  It is further ordered that the arrest warrants issued in
9
   connection with the indictment in this case are quashed.
10

11

12
   Date: December 10, 2025
13                                                    HON. YVONNE GONZALEZ ROGERS
                                                      United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 07-00121-EXE_____
                                                                                         v. 8/4/2021